```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                       :
                                       :
W. DANA VENNEMAN,                      :   CIVIL ACTION: 09-5672 (ES)
                                       :
          Plaintiff,                   :        O R D E R
                                       :
     v.                                :        **CLOSED**
                                       :
BMW FINANCIAL SERVICES, LLC,           :
et al.                                 :
                                       :
          Defendants,                  :
                                       :
```

It has been reported to the Court that the above-captioned matter has been administratively stayed,

It is on this   24th   day of   JANUARY   2014,

O R D E R E D that the above captioned action be and is hereby dismissed, without prejudice and without costs, subject to the right of the parties upon good cause shown to reopen the action.

                                    S/Esther Salas
                                 ESTHER SALAS, U.S.D.J.